UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Alfredo "Fred" Junsay and
Martha Junsay,

Plaintiffs,

vs.

AMERICAN HOME PRODUCTS
CORP., *et al.*,

Defendant.

Court File No.: 00-1374/DSD/JMM

**STIPULATION AND ORDER TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT**

---

WHEREAS, on June 12, 2000, Plaintiff served its Summons and Complaint in the above-captioned action upon Defendant Interneuron Pharmaceuticals, Inc.;

WHEREAS, Defendant Interneuron Pharmaceuticals, Inc. requested a one month extension of the time in which to serve its Answer, move, or otherwise respond to Plaintiff's Complaint.

NOW, THEREFORE, it is hereby agreed, by and between Plaintiffs Alfredo "Fred" Junsay and Martha Junsay and Defendant Interneuron Pharmaceuticals Inc., through their respective counsel, that Defendant shall have an extension until August 3, 2000, in which to answer, move, or otherwise respond to the Complaint in the above-captioned action, unless the parties subsequently agree to extend the deadline set forth herein.

FILED JUL 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 29, 2000

LOMMEN NELSON LAW FIRM

By: ______________________
Phillip A. Cole (#17802)
1800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 336-9340

**ATTORNEYS FOR PLAINTIFF ALFREDO "FRED" JUNSAY AND MARTHA JUNSAY**

Dated: June 29, 2000

MASLON EDELMAN BORMAN & BRAND

By: ______________________
Mark W. Lee (#184214)
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402
612/672-8200

**ATTORNEY FOR DEFENDANT INTERNEURON PHARMACEUTICALS, INC.**

**ORDER**

Based upon the foregoing Stipulation, it is hereby ordered that the above Stipulation shall be and hereby is adopted as the Order of this Court and that Defendant shall have an extension until July 5, 2000, in which to answer, move, or otherwise respond to the Complaint in the above-captioned action, unless the parties subsequently agree to extend the deadline set forth herein.

Dated: July 5, 2000

BY THE COURT:

John M. Mason
The Honorable United States Magistrate Judge

90498.1